# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

SOUTHERN-OWNERS
INSURANCE COMPANY,

        Plaintiff,

v.                             Case No:   5:25-cv-153-GAP-PRL

MARION RADIATOR SERVICE,
INC. and DEANNA GRIFFIN,

        Defendants

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal without Prejudice (Doc. 27) it is

**ORDERED** that Plaintiff's Complaint (Doc. 1) and Marion Radiator Service, Inc.'s Counterclaim (Doc. 12) are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).   Any pending motions are **DENIED** as moot.   The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 30, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties